# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.  CASE NUMBER: 5:16-mj-00001-LB

ABIGAIL LEE KEMP

_____/

## MOTION REQUESTING AN ORDER SEALING THE UNREDACTED AFFIDAVIT ATTACHED TO THE COMPLAINT

The United States of America requests that this Court issue an Order sealing the un-redacted Affidavit attached to the Complaint in this case, and in support of this motion states as follows:

1. The un-redacted Affidavit attached to the Complaint concerns an ongoing criminal investigation and contains personal identifying information of certain individuals.

2. The United States requests that this Court **seal** the un-redacted Affidavit attached to the Complaint in this case and order that it shall remain **sealed** until further written Order of this Court, except that the Clerk's Office shall provide one certified copy of the un-redacted Affidavit and all related documents to the United States Attorney for the Northern District of Florida.

3. At the same time that the sealed, un-redacted Affidavit is filed with the clerk of court, an unsealed, redacted copy will also be filed.

1

Respectfully submitted,

CHRISTOPHER P. CANOVA
ACTING UNITED STATES ATTORNEY

/s/ *Kathryn D. Risinger*
KATHRYN D. RISINGER
Assistant United States Attorney
Texas Bar No.: 24046723
30 West Government Street
Panama City, FL 32401
850-785-3495 (office)
850-763-3415 (fax)

## ORDER

The government's motion is granted.

DONE AND ORDERED this the __11__ day of __January__, 2016

_____
LARRY A. BODIFORD
United States Magistrate Judge